UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.,
Plaintiff,

vs.

GRAPHIC CONTROLS CORPORATION,
Defendant.

C.A. No. 03-347-ML

**STIPULATION OF DISMISSAL**

Now come the Plaintiff and the Defendant, by and through their undersigned counsel, and hereby stipulate and agree that the action shall be dismissed with prejudice and without costs.

**ASTRO-MED, INC.,**

By its Attorneys,

Craig M. Scott (#4237)
Christine K. Bush (#5587)
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 Fax

**GRAPHIC CONTROLS CORPORATION,**

By its Attorneys,

William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
BROWN RUDNICK BERLACK ISRAELS LLP
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax

Date: July 7, 2005

Enter:
Mary M. Lisi
US DJ 7/8/05

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7 day of July 2005, I caused a true copy of the within Stipulation of Dismissal to be served by, first class mail, postage prepaid, upon:

William M. Dolan III, Esq.
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903

Theresa Benson

# 50217569 v1